IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| MICHELLE L. O'LAIRE,<br><br>            Plaintiff,<br><br>    *vs.*<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br>a New York Limited Liability Company,<br><br>            Defendant. | Case No.: 2:18-cv-00320 |

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, MICHELLE L. O'LAIRE, respectfully submits this Response to the Court's Order to Show Cause [Doc. 8] why this case should not be dismissed for failure to diligently prosecute.

The Parties reached a settlement subsequent to the Court's Order extending Defendant's deadline to file a response to the Complaint; however, shortly thereafter, Defendant's counsel, Paul Gamboa, separated from his firm and no longer represents the Plaintiff. Although Mr. Gamboa did not file a substitution of attorney, a different attorney from his firm has been in contact with Plaintiff's counsel and provided a draft of the settlement agreement. The Parties expect to complete their settlement and file a Stipulation of Dismissal by July 6, 2018.

Respectfully submitted this 13th Day of June 2018,

      *s/ Andrew T. Thomasson*
      Andrew T. Thomasson (NJ Bar # 048362011)
      STERN•THOMASSON LLP
      150 Morris Avenue, 2nd Floor
      Springfield, NJ  07081-1315
      Telephone: (973) 379-7500
      Facsimile:  (973) 532-5868
      E-Mail: andrew@sternthomasson.com

      *Attorneys for Plaintiff, Michelle L. O'Laire*